No. 446. LANG ET AL. *v.* THOMPSON ET AL. Sup. Ct. Ill. Certiorari denied. *Timothy W. Swain* for petitioners. *Kenneth H. Lemmer* for respondents.

No. 448. FARMERS' COOPERATIVE COMPRESS *v.* UNITED PACKINGHOUSE, FOOD & ALLIED WORKERS INTERNATIONAL UNION, AFL–CIO, ET AL. C. A. D. C. Cir. Certiorari denied. *John Edward Price* for petitioner. *Eugene Cotton, Richard F. Watt,* and *Michael H. Gottesman* for United Packinghouse, Food & Allied Workers International Union, AFL–CIO, and *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for National Labor Relations Board, respondents.

No. 459. KNIGHT *v.* UNITED STATES; and
No. 460. CHAPMAN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Joseph H. Davis* for petitioner in No. 459 and for petitioners in No. 460. *Solicitor General Griswold* for the United States in both cases. Reported below: No. 459, 413 F. 2d 445; No. 460, 413 F. 2d 440.

No. 454. MARTIRE *v.* LABORERS' LOCAL UNION 1058 ET AL. C. A. 3d Cir. Certiorari denied. *J. M. Maurizi* for petitioner. *William T. Coleman, Jr.,* and *Leo I. Shapiro* for respondents.

No. 461. HEVI-DUTY ELECTRIC CO., A DIVISION OF SOLA BASIC INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Herbert P. Wiedemann* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent.